NO. PD-0616-15

MELVIN LEE SANDERS, III § IN THE COURT OF

        PETITIONER, § CRIMINAL APPEALS

VS. § IN

THE STATE OF TEXAS § AUSTIN TEXAS RECEIVED IN
COURT OF CRIMINAL APPEALS

        RESPONDENT,

JUN 10 2015

## MOTION TO FILE A SINGLE COPY

Abel Acosta, Clerk

TO THE HONORABLE COURT:

NOW COMES Melvin Lee Sanders III, Pro-Se, herein after known as Petitioner, filing this motion for filing a single copy in conjunction with his Petition for Discretionary Review, seeking leave of this court and waiver of Rules 9.3, 9.5, 68.4 (I) and 68.11 of the Texas Rules of Appellate Procedures, and with this motion will show Good Cause as follows:

1. Petitioner is incarcerated and does not have access to a coping machine within T.D.C.I.D.

2. Petitioner has no copies of the required court opinion to attach to his P.D.R. as Appendix for this courts review.

3. Petitioner is indigent and cannot afford to send out to have the necessary copies made.

4. Petitioner asks this court to furnish copies of his P.D.R. and forward to the State's Prosecutor Pursuant to T.R.A.P. 9.5 and 68.11

5. Petitioner request that the court furnish for review Court of Appeals Opinion.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

## PRAYER

WHEREFORE all Premises considered, Petitioner Prays that this court Grants this motion on its merits.

Respectfully Submitted

*Melvin Lee Sanders III*
Petitioner

## INMATE DECLARATION

I, Melvin Lee Sanders III # 1931978 , being incarcerated in T.D.C at the H.H. Coffield Unit, do swear under Penalty of Perjury that the fore mentioned are true and correct. Executed on this 3st day of June 2015.

Signed: Melvin Lee Sanders III

## CERTIFICATE OF SERVICE

I, Melvin Lee Sanders III, do certify that a true copy of this motion for single copy was delivered by postal mail to Abel Acosta - Clerk of Court of Criminal Appeals at P.O. Box 12308 Capitol Station Austin TX 78711 on the 3 day of June 2015.

Signed Melvin Lee Sanders III

Melvin Lee Sanders #1931978
2661 FM 2054
Tennessee Colony TX 75884